THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.

*N. Y. C. & H. R. R. R. Co.* v. *People*, 169 App. Div. 911, affirmed.
(Argued November 16, 1915; decided November 30, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department,

entered May 14, 1915, which affirmed an order of Special Term dismissing a petition for the condemnation of land under water. This proceeding was instituted in January, 1913, for the purpose of condemning four parcels of land under the waters of Lake Erie, situated in the city of Buffalo, belonging to the People of the state of New York. The defendants moved to dismiss the petition upon certain preliminary grounds appearing upon the face thereof. Subsequently a supplemental motion to dismiss was made by the defendants on the ground that chapter 66 of the Laws of 1913, which had been enacted by the legislature subsequent to the institution of this proceeding, destroyed the plaintiff's right to condemn the land described in the petition. The plaintiff served a supplemental petition attacking the constitutionality of this statute and alleging its riparian rights. Thereafter, the petition was dismissed on the sole ground that by chapter 66 of the Laws of 1913 the plaintiff's right to condemn the land was destroyed.

*Maurice C. Spratt* and *H. W. Huntington* for appellant.

*Egburt E. Woodbury, Attorney-General (Wilber W. Chambers* of counsel), for the People, respondent.

*William S. Rann, Corporation Counsel (Jeremiah J. Hurley* of counsel), for City of Buffalo, respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.